UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SATISH K. DESHPANDE,

                Plaintiff,

-against-

DENIS R. McDONOUGH, Secretary,
Department of Veterans Affairs,

                Defendant.

---

7:22-CV-8097 (VB)

ORDER OF SERVICE

VINCENT L. BRICCETTI, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the fees to bring this action.

    The Clerk of Court is directed to issue a summons as to Defendant McDonough. Plaintiff is directed to serve the summons and complaint on Defendant McDonough within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant McDonough or requested an extension of time to do so, the Court may dismiss Plaintiff's claims under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Chambers will mail a copy of this Order to plaintiff at his address on the docket.

SO ORDERED.

Dated:   September 26, 2022
           White Plains, New York

                                                   VINCENT L. BRICCETTI
                                                   United States District Judge