UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SATISH K. DESHPANDE,
           Plaintiff,

v.

DENIS R. MCDONOUGH, SECRETARY OF
THE U.S. DEPARTMENT OF VETERANS
AFFAIRS,
           Defendant.
------------------------------------------------------------x

12/4/23

**ORDER REGARDING**
**SEALED DOCUMENTS**

22 CV 8097 (VB)

Copies Mailed/Faxed 12/4/23
Chambers of Vincent L. Briccetti

    The Court having So Ordered the parties' Privacy Act Order and Protective Order, dated December 3, 2023, which, among other things, provides for the filing of documents under seal, it is further ORDERED:

1. The parties shall consult and comply with the instructions for filing documents under seal, as set forth in: (i) Section 6 of the Court's Electronic Case Filing Rules & Instructions; (ii) the Court's "Sealed Records Filing Instructions," available at https://nysd.uscourts.gov/programs/records; and (iii) Judge Briccetti's Individual Practices.

2. A full and unredacted courtesy copy of any submission of documents electronically filed under seal shall be provided to Chambers as soon as practicable, marked "Chambers Copy" and "Contains Confidential Information Filed Under Seal."

Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 4, 2023
       White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge