UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SATISH K. DESHPANDE,

                                    Plaintiff,            **ORDER**

            -against-                                     22 Civ. 8097 (JCM)

DENIS R. MCDONOUGH, SECRETARY OF THE
U.S. DEPARTMENT OF VETERANS AFFAIRS,

                                    Defendant.
-------------------------------------------------------------X

On March 11, 2024, Defendant Denis R. McDonough ("Defendant") filed the Declaration of Mark Osmond in Support of Defendant's Motion for Summary Judgment ("Osmond Declaration"). (Docket No. 42). The Osmond Declaration attaches several excerpts of the deposition of Plaintiff Satish K. Deshpande taken on December 20, 2023. ("Plaintiff's Deposition"). (Docket No. 42-1). The Court would like the full transcript of Plaintiff's Deposition.

Accordingly, by October 4, 2024, Defendant is directed to file a complete copy of Plaintiff's Deposition transcript.

The Clerk is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

Dated:    October 1, 2024
          White Plains, New York

                              **SO ORDERED:**

                              _____
                              JUDITH C. McCARTHY
                              United States Magistrate Judge