**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SATISH DESHPANDE, M.D.,

                    Plaintiff,

       -against-                                 22 **CIVIL** 8097 (JCM)

                                                       **JUDGMENT**

DENIS R. MCDONOUGH, SECRETARY OF THE
U.S. DEPARTMENT OF VETERANS AFFAIRS,

                    Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated December 26, 2024, Defendant's motion for

summary judgment is granted. Judgment is entered for Defendant; accordingly, the case is

closed.

**Dated:**  New York, New York

        December 27, 2024

                                     **TAMMI M. HELLWIG**

                                          **Clerk of Court**

               **BY:**      *K. mango*

                                          **Deputy Clerk**